1          **E-Filed 9/14/2010**

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12    JIDEOFOR AJAELO,                      Case Number 5:10-cv-03327-JF

13                    Petitioner,            ORDER TO SHOW CAUSE

14            v.

15    WARDEN DOMINGO URIBE,

16                    Respondent.

17

18

19          Petitioner, a state prisoner currently incarcerated at the California State Prison -

20    Centinela, Imperial, California, has filed a petition for writ of habeas corpus pursuant to 28

21    U.S.C. § 2254.  Petitioner is represented by counsel.  Venue is proper because Petitioner was

22    convicted and sentenced in the Alameda County Superior Court, which lies within the Northern

23    District of California.  *See* 28 U.S.C. § 2241(d) (providing that venue is proper in either the

24    district in which the petitioner was convicted and sentenced or the district in which the petitioner

25    is incarcerated).

26          IT IS ORDERED as follows:

27          (1)    The Clerk of the Court shall serve a copy of the petition and a copy of this Order

28    upon counsel for Respondent, the Attorney General of the State of California.  The Clerk of the

Case No. 5:10-cv-03327-JF
ORDER TO SHOW CAUSE
(JFLC2)

1   Court also shall serve a copy of this Order upon counsel for Petitioner, Robert Joseph Beles, Law

2   Offices of Robert J. Beles.

3          (2)      Respondent shall, within sixty (60) days after receiving this order, file and serve

4   upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing

5   Section 2254 Cases, showing cause why a writ of habeas corpus should not issue.  At the time

6   the answer is filed, Respondent shall lodge with the Court all records relevant to a determination

7   of the issues presented by the petition.  If Respondent contends that Petitioner has failed to

8   exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall

9   specify what state remedy remains available to Petitioner.  If Respondent waives or concedes the

10  issue of exhaustion, Respondent shall so state in the answer.

11         (3)      Petitioner may file a traverse responding to matters raised in the answer within

12  thirty (30) days after receiving the answer.

13         (4)      Unless otherwise ordered by the Court, the matter will be deemed submitted upon

14  the filing of the traverse or upon the expiration of time to file a traverse.

15

16

17

18  DATED:  9/13/2010

19

20                                                                              _____
                                                                                JEREMY FOGEL
21                                                                              United States District Judge

22

23

24

25

26

27

28

                                                2

1   A copy of this order was served on the following persons:

2

3   Counsel for Petitioner:

4   Robert Joseph Beles     pablito@lmi.net

5   Paul Gilruth McCarthy     pablito@lmi.net

6
    Robert Joseph Beles
7   Law Offices of Robert J. Beles
    One Kaiser Plaza
8   Suite 2300
    Oakland, CA 94612
9

10
    Counsel for Respondent:
11
    Office of the Attorney General of the State of California
12  455 Golden Gate Avenue
    Suite 11000
13  San Francisco, CA 94102-3664

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-03327-JF
ORDER TO SHOW CAUSE
(JFLC2)