ORIGINAL                                                                                           ORIGINAL

Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497           **E-Filed 1/31/2011**
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*

# United States District Court
## Northern District of California

| | |
|---|---|
| JIDEOFOR AJAELO,<br><br>　　　　*Petitioner*,<br>　vs.<br><br>DOMINGO URIBE, Warden, California State Prison - Centinela, Imperial, California,<br><br>　　　　*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　*Real Party in Interest*. | No. **5:10-CV-03327-JF**<br>ORDER GRANTING<br>AMENDED MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**AMENDED MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

I, Paul McCarthy, declare under penalty of perjury as follows:

1. I am the attorney for petitioner in this case.

2. There is a pending motion to extend the time for filing the traverse and reply brief until January 25, 2011, which was filed on December 22, 2010 and which the court has not yet ruled on.

3. Petitioner amends this motion to request a further extension of 15 days, so that the traverse and reply will be due on Wednesday, February 9, 2011.

3. Petitioner has previously requested and received one 30 day extension of time to file the traverse and reply memorandum.

ORIGINAL                                                                                                    ORIGINAL

4.  This office has an international extradition case on for final hearing on January 31, 2011 in the U.S. District Court for the Northern District of California before Magistrate Judge Nandor Vadas in which an extensive trial / hearing memorandum will have to be filed on or before January 26, 2011.  This is an unusual case in which the alleged offenses would have occurred in the Republic of Ireland between 1977 and 1981 and there is thus a significant issue of timeliness of the prosecution by the Irish authorities.  In addition, I have an opening brief in the First District Court of Appeal in the final 30 day grace period under California Rules of Court 8.360(c)(5) and is due on January 28, 2011.  As the appeal is subject to dismissal if the brief is not filed by that date, it will have to be filed and in fact is already partially written.  However, due to this work, I will not be able to complete the traverse and reply memorandum by the previously requested date of January 25, 2011.

5.  I previously contacted the attorney for respondent, Aileen Bunney, at the Office of Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, telephone 415-703-5869 concerning whether respondent had any objection to the previously requested 30 day extension of time, and she advised me that respondent had no objection. On January 24, 2011, at approximately 10:45 and left a message on her voice mail asking if respondent would have any objection to an additional 15 day extension of time.  As of the filing of this motion, I have not heard back from Ms. Bunney.  I will advise the court whether respondent objects to the extension as soon as this information is available.

I declare under penalty of perjury that the facts stated in this declaration are true and correct.  Executed in Oakland, California, on Monday, January 24, 2011.

_____
**Paul McCarthy**
Attorney for Petitioner

IT IS SO ORDERED.

Dated: 1/31/2011

_____
JEREMY FOGEL
United States District Judge

Amended Motion and Declaration of Good Cause for Extension
of Time to File Traverse and Reply Memorandum