IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIDEOFOR AJAELO,                                    No. C 10-3327 SI

        Petitioner,                              **JUDGMENT**

  v.

DOMINGO URIBE,

        Warden, Respondent.
_____/

The Court has denied the petition for a writ of habeas corpus. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 6, 2012

SUSAN ILLSTON
United States District Judge